UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

       v.                                 Case No. 06-cr-169-01-SM

Cotisha Blake


O R D E R


      Defendant's assented-to motion to continue the trial (document no. 8 is granted. Trial has been rescheduled for the February 2007 trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than November 1, 2006.  On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

  Final Pretrial Conference: January 29, 2007 at 4:30 PM

  Jury Selection: February 6, 2007 at 9:30 AM

  SO ORDERED.

October 24, 2006

           Steven J. McAuliffe
           Chief Judge

cc: Helen Fitzgibbon, Esq.
   Jonathan Saxe, Esq.
   U. S. Probation
   U. S. Marshal

exercise of due diligence under the circumstances.

  Final Pretrial Conference: January 29, 2007 at 4:30 PM

  Jury Selection: February 6, 2007 at 9:30 AM

  SO ORDERED.

October 24, 2006

Steven J. McAuliffe
Chief Judge

cc: Helen Fitzgibbon, Esq.
   Jonathan Saxe, Esq.
   U. S. Probation
   U. S. Marshal